**DISMISS; Opinion Filed September 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01267-CV

### THIM KPUIH, Appellant

### V.

### WILLIAM DAUGHERTY, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07224-D**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Lang

Stating he and appellee have resolved all issues in conflict, appellant has filed a motion to

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

*See id.*

/Douglas S. Lang/

131267F.P05
DOUGLAS S. LANG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

THIM KPUIH, Appellant

No. 05-13-01267-CV          V.

WILLIAM DAUGHERTY, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-07224-D.
Opinion delivered by Justice Lang. Justices
Bridges and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee William Daugherty recover his costs of this appeal from appellant Thim Kpuih.

Judgment entered this 11th day of September, 2014.